IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO**,
2. $2,019.00 IN UNITED STATES CURRENCY,
3. $947.00 IN UNITED STATES CURRENCY,
4. 7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5. 3 ASSORTED FIREARMS,
6. 3 ASSORTED WATCHES,
7. 163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
8. **6008 COPPER GULCH ROAD, COTOPAXI, COLORADO**,
9. 2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
10. 10 ASSORTED FIREARMS,
11. PERAZZI MX2000/8 12-GAUGE SHOTGUN,
12. 135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
13. $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
14. **1417 TEXAS CREEK LANE, COTOPAXI, COLORADO**,
15. $2,000.00 IN UNITED STATES CURRENCY,
16. $1,471.00 IN UNITED STATES CURRENCY,
17. 2 ASSORTED RIFLES,
18. **379 HARMON DRIVE, COTOPAXI, COLORADO**,
19. REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN,
20. 195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
21. **1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO**,
22. 368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
23. $21,350.00 IN UNITED STATES CURRENCY,
24. 4 ASSORTED FIREARMS,
25. 79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT, and
26. 271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the United States' Motion for Writ of Entry filed January 28, 2016.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the United States' Motion for Writ of Entry (ECF No. 2) is **GRANTED**.  The Writ of Entry attached to the motion shall be issued by the Clerk of Court.

Dated:  April 13, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge