IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO,
2.     $2,019.00 IN UNITED STATES CURRENCY,
3.     $947.00 IN UNITED STATES CURRENCY,
4.     7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5.     3 ASSORTED FIREARMS,
6.     3 ASSORTED WATCHES,
7.     163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
8.     6008 COPPER GULCH ROAD, COTOPAXI, COLORADO,
9.     2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
10.    10 ASSORTED FIREARMS,
11.    PERAZZI MX2000/8 12-GAUGE SHOTGUN,
12.    135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
13.    $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
14.    1417 TEXAS CREEK LANE, COTOPAXI, COLORADO,
15.    $2,000.00 IN UNITED STATES CURRENCY,
16.    $1,471.00 IN UNITED STATES CURRENCY,
17.    2 ASSORTED RIFLES,
18.    379 HARMON DRIVE, COTOPAXI, COLORADO,
19.    REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN,
20.    195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
21.    1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO,
22.    368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
23.    $21,350.00 IN UNITED STATES CURRENCY,
24.    4 ASSORTED FIREARMS,
25.    79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT, and
26.    271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

     Defendants.

**ORDER**

THIS MATTER is before the Court on Claimant Rozsa Hajdu's Unopposed Motion to Stay Proceedings filed March 10, 2016.  Claimant Hajdu states therein that she has claimed an interest in three of the Defendant properties:  Defendant # 8—6008 COPPER GULCH ROAD, COTOPAXI, COLORADO, Defendant # 9—2015 MERCEDES BENZ CLACLASS, VIN: WDDSJ4GB4FN182677, and Defendant # 13—$9000 IN UNITED STATES CURRENCY SEZIED FROM WELLS FARGO SAFE DEPOSIT BOX #4103.  Claimant Hajdu states that she is a defendant in a pending federal criminal case, and requests that all proceedings be stayed until the conclusion of the criminal trial or, in the alternative, that the proceedings be stayed with respect to her claims until the conclusion of the criminal trial.

I find that the motion should be granted to the extent Claimant Hajdu requests that the proceedings be stayed with respect to her and the defendant properties she has claimed an interest in.  The motion is denied to the extent it seeks to stay this case in its entirety.

Accordingly, it is

ORDERED that Claimant Rosza Hajdu's Unopposed Motion to Stay Proceedings (ECF No. 24) is **GRANTED IN PART AND DENIED IN PART**.  It is **GRANTED** to the extent the motion requests a stay of all proceedings with respect to Claimant Rozsa Hajdu and the defendant properties she has claimed an interest in until resolution of the related criminal case.  It is **DENIED** to the extent the motion requests a stay of all proceedings in this case.

Dated: April 13, 2016

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge