IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO,
2. $2,019.00 IN UNITED STATES CURRENCY,
3. $947.00 IN UNITED STATES CURRENCY,
4. 7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5. 3 ASSORTED FIREARMS,
6. 3 ASSORTED WATCHES,
7. 163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
8. 6008 COPPER GULCH ROAD, COTOPAXI, COLORADO,
9. 2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
10. 10 ASSORTED FIREARMS,
11. PERAZZI MX2000/8 12-GAUGE SHOTGUN,
12. 135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
13. $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
14. 1417 TEXAS CREEK LANE, COTOPAXI, COLORADO,
15. $2,000.00 IN UNITED STATES CURRENCY,
16. $1,471.00 IN UNITED STATES CURRENCY,
17. 2 ASSORTED RIFLES,
18. 379 HARMON DRIVE, COTOPAXI, COLORADO,
19. REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN,
20. 195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
21. 1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO,
22. 368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
23. $21,350.00 IN UNITED STATES CURRENCY,
24. 4 ASSORTED FIREARMS,
25. 79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT, and
26. 271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Claimants Victor Garcia and Carmen Garcia's Unopposed Motion to Stay Proceedings filed March 1, 2016.  Claimants Victor and Carmen Garcia state therein that they have filed Verified Claims as to Defendant properties numbers 1 through 6.  They also assert that there is a related criminal case pending in this district, and ask that the proceedings be stayed.  I find that the motion should be granted to the extent the Garcias seek to stay the proceedings as to them and as to the defendant properties they have claimed an interest in.  I deny the motion, however, to the extent it seeks to stay this case in its entirety.

Accordingly, it is

ORDERED that Claimants Victor Garcia and Carmen Garcia's Unopposed Motion to Stay Proceedings (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART**.  It is **GRANTED** to the extent the motion requests a stay of all proceedings with respect to Claimants Victor and Carmen Garcia and the defendant properties they have claimed an interest in until resolution of the related criminal case.  The motion is **DENIED** to the extent it requests a stay of all proceedings in this case.

Dated:  April 13, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge