IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO,
2.    $2,019.00 IN UNITED STATES CURRENCY,
3.    $947.00 IN UNITED STATES CURRENCY,
4.    7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5.    3 ASSORTED FIREARMS,
6.    3 ASSORTED WATCHES,
7.    163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
8.    6008 COPPER GULCH ROAD, COTOPAXI, COLORADO,
9.    2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
10.    10 ASSORTED FIREARMS,
11.    PERAZZI MX2000/8 12-GAUGE SHOTGUN,
12.    135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
13.    $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
14.    1417 TEXAS CREEK LANE, COTOPAXI, COLORADO,
15.    $2,000.00 IN UNITED STATES CURRENCY,
16.    $1,471.00 IN UNITED STATES CURRENCY,
17.    2 ASSORTED RIFLES,
18.    379 HARMON DRIVE, COTOPAXI, COLORADO,
19.    REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN,
20.    195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
21.    1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO,
22.    368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
23.    $21,350.00 IN UNITED STATES CURRENCY,
24.    4 ASSORTED FIREARMS,
25.    79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT, and
26.    271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the Unopposed Motion to Stay All Proceedings as to Claimant Juan Luis Perez filed February 5, 2016. Claimant Perez has claimed an interest in five of the Defendant properties: 6008 COPPER GULCH ROAD, COTOPAXI, COLORADO; 2015 MERCEDES-BENS CLA-CLASS, VIN: WDDSJ4GB4FN182677; 10 ASSORTED FIREARMS; PERAZZI MX2000/8 12-GAUGE SHOTGUN; 135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT; and $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX #4103. Also on February 5, 2016, Perez filed a Verified Claim for Seized Property (ECF No. 12.)

Claimant Perez states that he is a defendant in a pending federal criminal case, and requests that all proceedings be stayed or, in the alternative, that the proceedings be stayed with respect to him until the conclusion of the criminal trial.

I find that the motion should be granted to the extent Claimant Perez requests that the proceedings be stayed with respect to him and the properties he has claimed an interest in. The motion is denied to the extent it seeks to stay this case in its entirety.

Accordingly, it is

ORDERED that the Unopposed Motion to Stay All Proceedings as to Claimant Juan Luis Perez (ECF No. 11) is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** to the extent the motion requests a stay of all proceedings with respect to Claimant Perez and the defendant properties he has claimed an interest in until resolution of the related criminal case. It is **DENIED** to the extent the motion requests a stay of all proceedings in this case.

Dated:  April 13, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge