IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. 425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO,
2. $2,019.00 IN UNITED STATES CURRENCY,
3. $947.00 IN UNITED STATES CURRENCY,
4. 7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5. 3 ASSORTED FIREARMS,
6. 3 ASSORTED WATCHES,
7. **163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT**,
8. 6008 COPPER GULCH ROAD, COTOPAXI, COLORADO,
9. 2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
10. 10 ASSORTED FIREARMS,
11. PERAZZI MX2000/8 12-GAUGE SHOTGUN,
12. 135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
13. $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
14. 1417 TEXAS CREEK LANE, COTOPAXI, COLORADO,
15. $2,000.00 IN UNITED STATES CURRENCY,
16. $1,471.00 IN UNITED STATES CURRENCY,
17. 2 ASSORTED RIFLES,
18. 379 HARMON DRIVE, COTOPAXI, COLORADO,
19. REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN,
20. **195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT**,
21. 1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO,
22. 368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
23. $21,350.00 IN UNITED STATES CURRENCY,
24. 4 ASSORTED FIREARMS,
25. **79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT**, and
26. **271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT**,

 Defendants.

**ORDER**

In accordance with the United States' Notice of Dismissal of Certain Defendant Assets filed March 14, 2016 (ECF No. 26), it is

ORDERED that the following defendant assets are **DISMISSED** from this forfeiture action because they have been administratively forfeited by the Drug Enforcement Administration:

a. 163 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

b. 195 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,

c. 79 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT, and

d. 271 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT.

These defendants shall hereafter be taken off the caption.

Dated: April 14, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge