IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00220-WYD-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    425 THUNDERBIRD DRIVE, COTOPAXI, COLORADO,
2.    $2,019.00 IN UNITED STATES CURRENCY,
3.    $947.00 IN UNITED STATES CURRENCY,
4.    7 ASSORTED FIREARMS WITH 1 ACCESSORY BARREL,
5.    3 ASSORTED FIREARMS,
6.    3 ASSORTED WATCHES,
7.    6008 COPPER GULCH ROAD, COTOPAXI, COLORADO,
8.    2015 MERCEDES-BENZ CLA-CLASS, VIN: WDDSJ4GB4FN182677,
9.    10 ASSORTED FIREARMS,
10.   PERAZZI MX2000/8 12-GAUGE SHOTGUN,
11.   135 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,
12.   $9,000.00 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO SAFE DEPOSIT BOX # 4103,
13.   1417 TEXAS CREEK LANE, COTOPAXI, COLORADO,
14.   **$2,000.00 IN UNITED STATES CURRENCY**,
15.   **$1,471.00 IN UNITED STATES CURRENCY**,
16.   **2 ASSORTED RIFLES**,
17.   379 HARMON DRIVE, COTOPAXI, COLORADO,
18.   **REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN**,
19.   1089 COUNTY ROAD 310, WESTCLIFFE, COLORADO,
20.   **368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT**,
21.   **$21,350.00 IN UNITED STATES CURRENCY**,
22.   **4 ASSORTED FIREARMS**,

      Defendants.

---

**DEFAULT AND FINAL ORDER OF FORFEITURE
AGAINST CERTAIN DEFENDANT ASSETS**

---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture Against Certain Defendant Assets. The Court, having reviewed said Motion, FINDS that:

1. The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (ECF No. 1).

2. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant assets.

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (ECF Nos. 10, 21, and 33).

4. No claim, answer, or other responsive pleadings has been filed as to the defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

5. Entry of Default was entered by the Clerk of the Court. (ECF No. 43).

IT IS THEREFORE ORDERED that the United States' Motion for Default and Final Order of Forfeiture Against Certain Defendant Assets (ECF No. 44) is **GRANTED**. A default and final order of forfeiture, including all right, title, and interest is entered against the following defendant assets:

      a.      $2,000.00 IN UNITED STATES CURRENCY;

      b.      $1,471.00 IN UNITED STATES CURRENCY;

      c.      2 ASSORTED RIFLES;

      d.      REMINGTON 870 EXPRESS SUPER MAGNUM 12-GAUGE SHOTGUN;

      e.      368 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT;

      f.      $21,350.00 IN UNITED STATES CURRENCY; and

      g.      4 ASSORTED FIREARMS.

IT IS FURTHER ORDERED that the United States shall have full and legal title as to the listed defendant assets and may dispose of them in accordance with law, and the Clerk of the Court is directed to enter Judgment against the listed defendant assets. These defendant assets shall hereafter be taken off the caption.

Dated: April 14, 2016.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE